United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                             Case No. 2:22-cr-211(1)

Dylan D. Polk

---

COURTROOM MINUTES
Sentencing

| U.S. District Chief Judge Algenon L. Marbley | | Date:   March 7, 2024 | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Government: | Tim Prichard |
| Court Reporter: | Shawna Evans | Counsel for Defendant: | Stacey MacDonald |
| Interpreter: | | Pretrial/Probation: | Keir Pennington |

Defendant sentenced to forty-eight (48) months of imprisonment on each of Counts 5 and 7 of the Second Superseding Indictment, to run concurrently with one another, and sixty (60) months of imprisonment on Count 2 of the Second Superseding Indictment, to run consecutively to the sentence imposed as to Counts 5 and 7.

Defendant sentenced to five (5) years of supervised release on each of Counts 2, 5, and 7 of the Second Superseding Indictment, to run concurrently.

Restitution ordered in the amount of $12,024.00; no fine imposed; special assessment of $300 applied.

Defendant remanded to the custody of the USMS.